IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

QUINTEN JACKSON

      PLAINTIFF

VS.                                                              RDB 13 CV 1757

NATIONWIDE CREDIT CORPORATION

      DEFENDANT

## STIPULATION OF DISMISSAL

The parties stipulate that the above matter be dismissed with prejudice in accordance with Federal Rule of Civil Procedure 41(a)(A)(ii).

Respectfully Submitted,

*Quinten Jackson* (signature)

Quinten Jackson
1611 Baker Street
Baltimore, MD 21217
Plaintiff

/S/ SCOTT T. WHITEMAN
_____
Scott T. Whiteman, MD#27769
FULTON FRIEDMAN & GULLACE LLP
7350 Grace Drive
Columbia, MD 21044
Counsel for Defendant

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was mailed to the above Plaintiff on August 22, 2013.

/S/ SCOTT T. WHITEMAN
_____
Scott T. Whiteman, MD#27769