IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

QUINTEN JACKSON

PLAINTIFF

VS.                                                                  RDB 13 CV 1757

NATIONWIDE CREDIT CORPORATION

DEFENDANT

### STIPULATION OF DISMISSAL

The parties stipulate that the above matter be dismissed with prejudice in accordance with Federal Rule of Civil Procedure 41(a)(A)(ii).

Respectfully Submitted,

Quinten Jackson
1611 Baker Street
Baltimore, MD 21217
Plaintiff

/S/ SCOTT T. WHITEMAN

Scott T. Whiteman, MD#27769
FULTON FRIEDMAN & GULLACE LLP
7350 Grace Drive
Columbia, MD 21044
Counsel for Defendant

### CERTIFICATE OF SERVICE

I certify that a copy or the foregoing was mailed to the above Plaintiff on August 22, 2013.

/S/ SCOTT T. WHITEMAN

Scott T. Whiteman, MD#27769

Request Granted this 3rd Day of September 2013

Richard D. Bennett
United States District Judge